IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 69.120.9.183

**ISP:** Optimum Online
**Physical Location:** Peekskill, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/27/2018 16:22:31 | DBA9112B05FA8A05F39D4C24B222A0EDB50D369A | The Tightest Blonde |
| 01/27/2018 16:21:57 | E09F202028CD644929F8A1056689FB04A9ECDA96 | Virtual Girlfriend |
| 01/27/2018 16:21:36 | 8EF3922426D4733FB2D6F9DFD544C151A1B85222 | Hot Euro Brunettes |
| 01/27/2018 16:16:44 | 0E6127F9B2DFB3D21B9D992387D8AC1406AE9AE6 | Rock Me All Night Long |
| 01/27/2018 16:14:10 | B59E9FCDBFAFCB48F4633EEBB017FD8B6D48D3A2 | Love Burns Again |
| 01/27/2018 16:14:06 | CCD7166A29D274E9DA863410B3F4303A22127113 | Porcelain Doll |
| 01/27/2018 16:10:47 | 4A3905BE8BA45FAB42EAF65EFD492C18DFBF895E | Would You Fuck My Girlfriend |
| 01/27/2018 16:06:38 | 4F3B636AD5FF88A80F2D74935CD0093C61F427D3 | Sweeter Than Wine |
| 01/27/2018 16:06:32 | 3F2C6550E92919E37EEA346EED34BF6139B28D7D | Purely Passionate |
| 01/27/2018 16:04:36 | 8D224DB47AB609A3F8C048B3CE5304AA7102A050 | Hot and Wet |
| 01/27/2018 16:03:58 | 3311AEAD7B82A383B1C9A5898A94EA1D96CBF745 | Hot Coffee |
| 01/21/2018 20:09:32 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

SNY426